UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THERESA COSTA
on behalf of X.C.

       v.                                     C.A. No.: 15-540 ML

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on December 21, 2016 (Docket #17). No objection has been filed, and the time for doing so has passed.

The Court has reviewed the Report and Recommendation and finds that the recommendation made by the Magistrate Judge is fully supported by the record facts and consistent with applicable law. The Court, therefore, adopts the Report and Recommendations in its entirety.

Plaintiff's Motion to Reverse is DENIED. Defendant's Motion to Affirm is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
January 24, 2017